UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION
www.flsb.uscourts.gov

IN RE:

PALM BEACH FINANCE PARTNERS. L.P.,
PALM BEACH FINANCE II, L.P.,

    Debtors.
_____/

BARRY E. MUKAMAL. IN HIS
CAPACITY AS LIQUIDATING TRUSTEE
OF THE PALM BEACH FINANCE
PARTNERS LIQUIDATING TRUST AND
PALM BEACH FINANCE II
LIQUIDATING TRUST:

    Plaintiff.

v.

BMO HARRIS BANK N.A. AS SUCCESSOR
BY MERGER TO M&I MARSHALL & ILSLEY
BANK AND CHRISTOPHER FLYNN;

    Defendants.
_____/

CASE NO. 09-36379-PGH
CASE NO. 09-36396-PGH
(Jointly Administered)

Adv. Case No. 11-3015-PGH



U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB
NOV 2 8 2011
FILED ____ RECEIVED ____

## LIQUIDATING TRUSTEE'S *EX PARTE*
## MOTION TO FILE ADVERSARY COMPLAINT UNDER SEAL

Barry E. Mukamal. in his capacity as liquidating trustee ("***Liquidating Trustee***") for Palm Beach Finance Partners, L.P. and Palm Beach Finance II. L.P., by and through undersigned counsel, seeks an Order from this Court, on an *ex parte* basis. directing the Clerk of the Court to file the below described Complaint under seal. In support. the Liquidating Trustee states as follows:

1.    On November 28. 2011, the Liquidating Trustee commenced this Adversary Proceeding.

2. On February 24, 2011, this Court entered its Amended Stipulated Protective Order [Case No. 09-36379-PGH, ECF No. 597] (the "*Order*"), setting forth certain procedures in order to maintain the alleged confidentiality of information contained in certain documents produced by M&I Marshall & Ilsley Bank to the Liquidating Trustee. As certain of the information claimed to be confidential under the procedures set forth in this Order is utilized in the Complaint, the Liquidating Trustee respectfully requests that the Complaint be filed under seal in this adversary proceeding. This is expressly without prejudice to the Liquidating Trustee requesting that this Court unseal this Complaint at a later date.

WHEREFORE, the Liquidating Trustee requests that this Court enter an Order (1) granting this Motion on an *ex parte* basis, (2) directing the Clerk of the Court to file the Complaint under seal in this adversary proceeding, and (2) granting such further relief this Court deems just and proper.

Dated: November 28, 2011

s/ Michael S. Budwick
Michael S. Budwick, Esquire
Florida Bar No. 938777
mbudwick@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3000 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

Attorneys for Liquidating Trustee