ORDERED in the Southern District of Florida on **NOV 29 2011**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

In re:

Palm Beach Finance Partners,     Case No.: 09-36379-BKC-PGH
L.P., Palm Beach Finance II, L.P.    Case No.: 09-36396-BKC-PGH
    Debtor(s).                         (Jointly Administered)
_____/

Barry E. Mukamal, Liquidating    Adv. No.: 11-03015-BKC-PGH-A
Trustee,
    Plaintiff,

v.

BMO Harris Bank N.A. as
Successor by Merger to M&I
Marshall & Ilsley Bank and
Christopher Flynn,
    Defendants.
_____/

## ORDER DENYING MOTION TO FILE ADVERSARY COMPLAINT UNDER SEAL

**THIS MATTER** came before the Court on November 29, 2011, upon Barry E. Mukamal's (the "Liquidating Trustee") *Motion to File Adversary Complaint Under Seal* (the "Motion") and *Amended Motion to File Adversary Complaint Under Seal* (the "Amended Motion"). The Court cannot ascertain from either the Motion or the Amended Motion any justification for filing the pleading under seal pursuant to Local Rule 5003-1(d) and Bankruptcy Rule 9037(c). The Court, having considered the Motion and the Amended Motion and being otherwise fully advised in the premises, hereby **ORDERS AND ADJUDGES** that the Amended Motion is **DENIED** for failure to specify adequate grounds that would justify filing the pleading under seal.

###

Copies Furnished To:

Michael S. Budwick, Attorney for Liquidating Trustee

The Attorney for Liquidating Trustee shall serve a copy of this Order on all interested parties and file a certificate of service thereof.